■ YANNA DING, as Administratrix of the Estate of WEIXING CAI, Deceased, Respondent, v COSIMO ZAVAGLIA et al., Appellants, et al., Defendant. [924 NYS2d 897]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered November 10, 2010. The order denied the motion of defendants Cosimo Zavaglia, Eugene D. Tarolli, Richard J. Tarolli and Remington Gardens for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed on May 17, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.

■ JACK D. LIFFITON, Appellant, v NEW YORK 212, INC., Respondent. [925 NYS2d 364]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered November 25, 2009. The order partially granted the summary judgment motion of defendant by dismissing plaintiff's first cause of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.